# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOWEL QUITO DELA CRUZ,<br><br>                   Petitioner,<br>vs.<br><br>JANET NAPOLITANO, Secretary of the Department of Homeland Security, et al.,<br><br>                  Respondents. | CASE NO. 10cv0882 DMS (RBB)<br><br>**ORDER (1) GRANTING PETITIONER'S REQUEST FOR APPOINTMENT OF COUNSEL AND (2) REQUIRING RESPONSE FROM GOVERNMENT** |

Petitioner, an Immigration and Naturalization Service detainee, has submitted a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, together with a motion for appointment of counsel.

Pursuant to 28 U.S.C. 3006A(a)(2), the district court may appoint counsel for financially eligible petitioners seeking relief under 28 U.S.C. § 2241 when the interests of justice so require. The court considers whether there is a likelihood of success on the merits of the petition and whether the unrepresented petitioner has the ability to articulate his claims in light of the complexity of the issues presented. *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).

The Supreme Court has held that a post-removal detention exceeding six months is presumptively unreasonable. *Zadvydas v. Davis*, 533 U.S. 678, 701 (2001). Petitioner's claim that he has been detained for more than eighteen months following a removability determination, if true, triggers the *Zadvydas* presumption, which indicates a strong likelihood of success on the merits of a

1  complex petition. *See United States v. Ahumada-Aguilar*, 295 F.3d 943, 950 (9th Cir. 2002) ("[w]ith
2  only a small degree of hyperbole, the immigration laws have been deemed second only to the Internal
3  revenue Code in complexity.") Accordingly, the Court grants Petitioner's motion to appoint counsel
4  and appoints Federal Defenders, Inc. as Petitioner's counsel in this case.

5  The United States Attorney shall file and serve a response to the petition no later than **July 9,**
6  **2010**. The Government's response shall include all documents relevant to the issues raised in the
7  petition. Should Petitioner wish to reply to the Government's response, she shall do so no later than
8  **August 9, 2010**.

9  **IT IS SO ORDERED**.

10  DATED: June 9, 2010

12  HON. DANA M. SABRAW
    United States District Judge